IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE CHAGOLLA-SANCHEZ,<br><br>    Defendant.<br>_____/ | CR-N-05-0167-HDM(RAM)<br><br>**ORDER** |

    The defendant's motion to dismiss the indictment (#18) is denied.

    It is so ORDERED.

    Dated this 8th day of November, 2005.

                                          _____
                                          United States District Judge